1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   QUAH CHOON-PHENG,                ) Case No. CV 09-2298 SJO(JC)
                                      )
12                    Petitioner,     )
                                      ) ORDER ADOPTING FINDINGS,
13         v.                         ) CONCLUSIONS, AND
                                      ) RECOMMENDATIONS OF
14   JOSEPH NORWOOD, Warden, et al.,  ) UNITED STATES MAGISTRATE
                                      ) JUDGE
15                    Respondents.    )
                                      )
16   ─────────────────────────────────

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18   Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records

19   herein, and the attached Report and Recommendation of United States Magistrate

20   Judge ("Report and Recommendation").  The Court approves and adopts the

21   Report and Recommendation.

22         IT IS ORDERED that the Petition is denied and this action is dismissed.

23   ///
24   ///
25   ///
26   ///
27   ///
28

                                       1

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and on

3  counsel for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  _February 2, 2011_

7  _____

8  HONORABLE S. JAMES OTERO
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28