1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11   QUAH CHOON-PHENG,          )   Case No. CV 09-2298 SJO(JC)

12                Petitioner,      )   (PROPOSED)

13              v.            )   JUDGMENT

14   JOSEPH NORWOOD, Warden, et al.,  )

15                           )

16              Respondent.    )

17 _____

18       Pursuant to this Court's Order Adopting Findings, Conclusions and

19 Recommendations of United States Magistrate Judge,

20       IT IS ADJUDGED that the Petition is denied and this action is dismissed.

21

22       DATED:  February 2, 2011

23

24                            _____

25                     HONORABLE S. JAMES OTERO

26                     UNITED STATES DISTRICT JUDGE

27

28